IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLY LUDGATE KRAKOSKY**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil No. **09-120-CJP** |
| ) | |
| **AETNA, INC., and MEYER BROTHERS** ) | |
| **AUTO CO./MEYER HONDA**, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the parties' stipulation for dismissal, reflecting that all claims in the above-captioned case have been settled. **(Doc. 20).**

**IT IS THEREFORE ORDERED** that this action is dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated within 60 days. The dismissal will automatically be with prejudice 60 days after the date of this Order, and final judgment will enter accordingly.

**IT IS SO ORDERED.**

**DATED: May 29, 2009**

> s/ Clifford J. Proud
> **CLIFFORD J. PROUD**
> **U. S. MAGISTRATE JUDGE**