# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLY LUDGATE KRAKOSKY, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>AETNA, INC., and MEYER BROTHERS, )<br>AUTO CO./MEYER HONDA )<br>)<br>**Defendant(s),** )<br>) | No.  09-120-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Clifford J. Proud on May 29, 2009, (Doc. 22), the above-captioned action is **DISMISSED** with prejudice.

**Dated: July 30, 2009**

                                           **Justine Flanagan, Acting Clerk of Court**

                                           **By:   S/Angela Vehlewald**
                                                         **Deputy Clerk**

**Approved:   s/Clifford J. Proud**
               **Clifford J. Proud**
               **United States Magistrate Judge**